# Exhibit A

Beth Israel Lahey Health
Beth Israel Deaconess Plymouth

## Request for Religious Accommodation – Mandatory Vaccine Policy

**To be completed by employee:**
- All questions <u>must</u> be answered thoroughly
- Completed requests should be submitted either by email or confidential fax to:
  - Email: lhss-leaves-administration@lahey.org
  - Confidential fax: 781-744-1246
- Please complete the section(s) that apply to the exemptions you are seeking. If you are seeking an exemption from both Flu and COVID-19, please fill out both sections
- Requests must be submitted by Friday, October 1, 2021

Employee Name: Carol Flynn         ID#: _____
Employer Name: BIDP
Manager Name: Michelle Serino
Date: 2/8/22         Cell Phone #: 339-222-3435

I am requesting an exemption from:

____ Flu vaccination

✓ COVID-19 vaccination

____ Both

### 1. Flu Religious Exemption Request:

In the space provided, please (1) identify your sincerely held religious belief, practice or observance and (2) explain why it prevents you from receiving an influenza vaccine. Please note that you may be required to provide additional information or supporting documentation to support your request for an exemption.

N/A

Please describe whether you have received a medical exemption for influenza or BID Plymouth required vaccinations (ex. Measles, Mumps, Rubella, Chickenpox vaccines)

N/A

1

Beth Israel Lahey Health
Beth Israel Deaconess Plymouth

### Employee attestation regarding flu vaccination(s) religious exemption:

Please initial each statement individually and sign in the space provided below to attest that each statement is true and accurate:

*CF* My religious beliefs, practices, and observances which form the basis for my exemption request are sincerely held.

*CF* My religious beliefs, practices and observances prevent me from receiving an influenza vaccine.

*CF* I understand that I may be asked to provide additional information to support this request.

*CF* I understand that if my request for exemption is approved I will be required to follow all applicable infection control policies and procedures, including but not limited to wearing an approved mask and complying with the organization's masking and other infection control requirements.

*CF* I understand that the accommodation requested above may not be granted by BID Plymouth, but that BID Plymouth will engage in the interactive process with me and attempt to provide a reasonable religious accommodation that does not create an undue hardship.

I hereby attest that the above statements are true and accurate to the best of my knowledge:
**Please sign**

_Carol Filippin RN_
Employee Signature

---

### 2. Covid-19 Vaccination Religious Exemption Request:

In the space provided, please (1) identify your sincerely held religious belief, practice or observance and (2) explain why it prevents you from receiving a COVID-19 vaccine. Please note that you may be required to provide additional information or supporting documentation to support your request for an exemption.

I am a born again Christian. I read the Bible daily and I live the way it says I am to live to the best of my ability. My relationship with my Lord + Savior is personal + sincere. I am not a perfect person but with God's help I grow and improve. As I stated previously: (1 COR 6:19-20) states my body is a temple of the Holy Spirit therefore I am not to knowingly take things into my body which could cause harm to my health. At this time there are no long term studies on its safety or efficacy. Also as a pro-life believer I object to receiving a vaccine which contains stem cells from aborted fetuses. (Psalm 139:14-16) (Jeremiah 1:4)

Please describe whether you have you received a medical exemption for influenza or other [BID Plymouth required vaccinations (ex. Measles, Mumps, Rubella, Chickenpox vaccines)

I have not received any previous exemption for other vaccines. I have received MMR and Shingles vaccines in the past. These have been tested and stood the test of time and have been proven effective. I see no correlation between them and the experimental COVID mRNA vaccine authorized for Emergency Use Only (EUA).

2

Beth Israel Lahey Health
Beth Israel Deaconess Plymouth

**Employee attestation regarding COVID-19 vaccination(s) religious exemption:**

Please initial each statement individually and sign in the space provided below to attest that each statement is true and accurate:

*CF* My religious beliefs, practices, and observances which form the basis for my exemption request are sincerely held.

*CF* My religious beliefs, practices and observances prevent me from receiving a COVID-19 vaccine.

*CF* I understand that I may be asked to provide additional information to support this request.

*CF* I understand that if my request for exemption is approved I will be required to follow all applicable infection control policies and procedures, including but not limited to wearing an approved mask and complying with the organization's masking and other infection control requirements.

*CF* I understand that the accommodation requested above may not be granted by BID Plymouth, but that BID Plymouth will engage in the interactive process with me and attempt to provide a reasonable religious accommodation that does not create an undue hardship.

I hereby attest that the above statements are true and accurate to the best of my knowledge:

Please sign

_Carol Flippin RN_
Employee Signature

3